371 A.2d 241
Commonwealth v. Seyler et al.,
Appellants.

Submitted February 23, 1976.
Richard N. Beltzner and David R. Eshelman, Assistant
Public Defenders, for appellants; Charles M. Guthrie,
Jr., Assistant District Attorney, and Robert L. VanHoove,
District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

364 A.2d 953
Commonwealth v. Singer, Appellant.

Argued
April 14, 1975. John H. Corbett, Jr., Trial Defender,
with him Ralph J. Cappy, Public Defender, for appellant;
Charles W. Johns, Assistant District Attorney, and John
J. Hickton, District Attorney, submitted a brief for Com-
monwealth, appellee.

Judgment of sentence affirmed.